*Creekside Senior Apartments, LP*
*13-Week Cash Collateral Budget*

| REVENUE | Oct-10 | Nov-10 | Dec-10 | Annualized |
|---|---:|---:|---:|---:|
| Rental Income | | | | |
|   Gross Potential Revenue | 18,900 | 18,900 | 18,900 | **226,800** |
|   Losses | (567) | (756) | (756) | **(8,316)** |
| Total Rental Income | 18,333 | 18,144 | 18,144 | 218,484 |
| | | | | |
| Other Income | 20 | 20 | 20 | **240** |
| | | | | |
| **TOTAL REVENUE** | 18,353 | 18,164 | 18,164 | 218,724 |

| EXPENSES | | | | |
|---|---:|---:|---:|---:|
| General & Administration | 1,000 | 1,000 | 1,000 | **12,000** |
| Payroll Reimbursement | 3,250 | 3,250 | 3,250 | **39,000** |
| Management Fees | 918 | 908 | 908 | **10,936** |
| Marketing & Promotions | 250 | 250 | 250 | **3,000** |
| Utilities | 2,870 | 2,900 | 2,950 | **34,880** |
| Repairs & Maintenance | 1,800 | 1,775 | 1,775 | **21,400** |
| Landscaping | 400 | | | **1,600** |
| Parking & Roads | | 750 | 1,000 | **3,500** |
| Apartment Preparation | 250 | 150 | 125 | **2,100** |
| Trustee Fees | | | 650 | **2,600** |
| Replacement Reserves | 833 | 833 | 833 | **9,997** |
| Taxes | 1,840 | 1,840 | 1,840 | **22,080** |
| Insurance | 444 | 444 | 444 | **5,328** |
| | | | | |
| **TOTAL EXPENSES** | 13,855 | 14,100 | 15,025 | 168,422 |
| | | | | |
| **NOI** | 4,498 | 4,064 | 3,139 | 50,302 |