UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| CREEKSIDE SENIOR APARTMENTS, | ) | |
| LIMITED PARTNERSHIP, | ) | Case No. 10-53019 |
| Debtor. | ) | |
| | ) | Hon. Tracey N. Wise |
| | ) | |

### ORDER DIRECTING JOINT ADMINISTRATION OF CASES

THIS MATTER is before this Court on the motion (the "Motion") dated October 19, 2010 of Creekside Senior Apartments, Limited Partnership (the "Debtor") seeking entry of an order pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9013 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") consolidating the chapter 11 cases of the Debtor, Nicholasville Greens, Limited Partnership (Case No. 10-53298), Franklin Place Senior Apartments, Limited Partnership (Case No. 10-53300), and Pennyrile Senior Apartments, Limited Partnership (Case No. 10-53301) (collectively, with the Debtor, the "Debtors"); and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and the Court having jurisdiction over this chapter 11 case and the Motion pursuant to 28 U.S.C. §§ 157(b) and 1334; and consideration of the Motion having constituted a core proceeding as defined in 28 U.S.C. § 157(b)(2)(A); and the Court having considered the Motion and the arguments of counsel; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and other parties in interest;

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, EFFECTIVE IMMEDIATELY, THAT:**

1. The Motion is granted.

2. The above-captioned chapter 11 case shall be administered by this Court jointly with the chapter 11 cases of the other Debtors pending before this Court.

3. The caption of the jointly-administered cases, also annexed to the Motion as Exhibit A, shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | |
|---|---|
| **In re:** ) | |
| ) | **Chapter 11** |
| **CREEKSIDE SENIOR APARTMENTS,** ) | |
| **LIMITED PARTNERSHIP, et al.,** ) | **Case No. 10-53019** |
| ) | |
| **Debtors.** ) | |
| ) | **Hon. Tracey N. Wise** |
| ) | |

4. Per Exhibit A to the Motion, the caption shall contain reference to a footnote that identifies each of the other jointly administered cases not reflected in the caption.

5. All original pleadings shall be captioned as indicated in Paragraphs 3 and 4 above, and all original docket entries shall be made in the case of Creekside Senior Apartments, Limited Partnership, Case No. 10-53019.

6. A docket entry shall be made in each of the Debtors' cases (except that of the Debtor) substantially as follows:

> "An order has been entered in this case consolidating this case with the case of Creekside Senior Apartments, Limited Partnership, Case No. 10-53019, for procedural purposes only and providing for its joint administration in accordance with the terms thereof."

7. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry, notwithstanding any Bankruptcy Rule to the contrary.

8. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Tendered by:

DINSMORE AND SHOHL LLP

*/s/ Ellen Arvin Kennedy*
Ellen Arvin Kennedy, Esq.
John M. Spires, Esq.
Dinsmore & Shohl, LLP
250 W. Main Street, Suite 1400
Lexington, Kentucky 40507
Phone: (859) 425-1000
Fax: (859) 425-1099
ellen.kennedy@dinslaw.com
john.spires@dinslaw.com
**COUNSEL FOR CREEKSIDE SENIOR APARTMENTS, LP (UNDER PENDING APPLICATION)**

Pursuant to Local Rule 9022-1(c), Ellen Arvin Kennedy, Esq. shall cause a copy of this Order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the Order upon such parties within fourteen (14) days hereof.

U.S. Trustee, via electronic service and to all in CM/ECF who receive notification in this case all Creditors listed on the Creditor Matrix to receive notice.

398491vvv3

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge
Dated: Friday, October 29, 2010
(tnw)**